**Order filed July 26, 2012**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-12-00312-CV
_____

**MARMIC PROPERTIES, L.L.C., Appellant**

**V.**

**SILVERGLEN TOWN-HOMES HOMEOWNERS ASSOCIATION, Appellee**

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-23504**

## ORDER

Appellant's brief was due **July 20, 2012.** No brief or motion for extension of time has been filed.

Unless appellant submits its brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **August 27, 2012,** the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM